

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

)
)
)
In re: Criminal Complaint            )      No. 07- **182 M**
)
)
)

### MOTION TO SEAL

The United States moves to seal the Criminal Complaint, Arrest Warrant, and related file,

until further order of the Court, because the Defendant has not been apprehended.

Colm F. Connolly
United States Attorney

By: _____
Seth M. Beausasng
Assistant U.S. Attorney

IT IS SO ORDERED this _____ day of _____, 2007, that the above-captioned

file is sealed until further order of the Court.

_____
Leonard P. Stark
U.S. Magistrate Judge

```
FILED

SEP 2 0 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```