*Govt Filed 4pm Court on 9/21/07 (RPG)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 07-182M ) |
| WILLIAM VANOVER, | ) **FILED UNDER SEAL** ) |
| Defendant. | ) ) |

## MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney, and hereby moves that the Criminal Complaint and file in the above-captioned matter be unsealed. There is no further need to maintain the file under seal, as the defendant has been arrested.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Shawn A. Weede
Assistant United States Attorney

Dated: September 21, 2007

\* \* \*

AND NOW, this **21ST** day of September, 2007, upon the foregoing motion, **IT IS ORDERED** that the Criminal Complaint and file in the above-captioned action shall be **UNSEALED**.

_____
THE HONORABLE LEONARD P. STARK
UNITED STATES MAGISTRATE JUDGE