*(RPG)*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           )
                    Plaintiff,           )
                         )
            v.           )           Criminal Action No. 07-182M
                       )
WILLIAM VANOVER,           )           **FILED UNDER SEAL**
                       )
            Defendant.           )

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

```
FILED

SEP 2 0 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

    _____ Crime of violence (18 U.S.C. § 3156)

    _____ Maximum sentence life imprisonment or death

    _____ 10+ year drug offense

    _____ Felony, with two prior convictions in above categories

    _____ Minor victim

    _X_ Possession/ use of firearm, destructive device or other dangerous weapon

    _____ Failure to register under 18 U.S.C. § 2250

    _X_ Serious risk defendant will flee

    _____ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    _X_ Defendant's appearance as required

    _X_ Safety of any other person and the community

3. **Rebuttable Presumption**.  The United States will/will not invoke the rebuttable presumption against defendant under § 3142(e).  (If yes) The presumption applies because (**check one or both**):

    ___ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

    ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**.  The United States requests the court conduct the detention hearing,

    ____ At first appearance

    _X_ After continuance of _3_ days (not more than 3).

5. **Temporary Detention**.  The United States request the temporary detention of the defendant for a period of _____days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1.  At the time the offense was committed the defendant was:

        ____ (a) on release pending trial for a felony;

        ____ (b) on release pending imposition or  execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ____ (c) on probation or parole for an offense.

  ____ 2.  The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

  ____ 3.  The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this _____ day of _____, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____

Shawn A. Weede
Assistant United States Attorney