**REDACTED**   **REDACTED**

AO 442(Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

WILLIAM VANOVER



WARRANT FOR ARREST

CASE NUMBER: 07- 182M

**REDACTED**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest WILLIAM VANOVER when and as stated in the

Criminal Complaint   and bring said Defendant to the nearest magistrate to answer a(n)

___ Indictment ___ Information _X_ Complaint ___ Order of court ___ Violation Notice ___ Probation Violation Petition

charging the Defendant with (brief description of offense)

Possession of a firearm by a person prohibited

**in violation of Title __18__ United States Code, Section (s) __922(g)(1) & 924(a)(2)__**

| | |
|---|---|
| **Honorable Leonard P. Stark** | **United States Magistrate Judge** |
| Name of Issuing Officer | **District of Delaware** |
| | Title of Issuing Officer |
| *[signature]* | |
| Signature of Issuing Officer | **September 20, 2007**   Wilmington, DE |
| | Date and Location |
| **Bail fixed at $** _____ | by _____ |
| | Name of Judicial Officer |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9/21/07 | S/A PATRICK W. Fyock | *[signature]* |

AO 442 (Rev. 12/85) Warrant for Arrest