IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-182M |
| | ) |
| WILLIAM VANOVER, | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION FOR EXCLUSION OF TIME**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, and the defendant, William Vanover, by and through his attorney, Gordon L. McLaughlin, Esquire, and hereby submit the following:

1. The United States and the defendant are currently working on the terms of a plea agreement in this matter.

2. The defendant is currently on pre-trial release.

3. The parties request that the Court exclude the time from the date of this motion until November 15, 2007, under the Speedy Trial Act (18 U.S.C. § 3161 *et seq.*). The parties submit that the time is excludable because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h).

WHEREFORE, the parties respectfully request that the Court grant their Joint Motion for Exclusion of Time. A proposed Order is attached.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Gordon L. McLaughlin
Gordon L. McLaughlin
Attorney for William Vanover

By: /s/ Shawn A. Weede
Shawn A. Weede
Assistant United States Attorney

Dated:    October 10, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM VANOVER,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Criminal Action No. 07-182M<br>)<br>)<br>)<br>) |

## ORDER

Having considered the parties' Joint Motion for Exclusion of Time, **IT IS HEREBY ORDERED** that the period from the \_\_\_\_ of _____ 2007, through November 15, 2007, is excluded under the Speedy Trial Act, because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h).

The Honorable Leonard P. Stark<br>
United States Magistrate Judge

Dated: